[S. F. No. 395.   In Bank.—February 28, 1898.]

VISALIA CITY WATER COMPANY, Petitioner, v. SU-
PERIOR COURT FOR THE COUNTY OF TULARE, Re-
spondent.

CERTIORARI—ORDER APPOINTING RECEIVER—DISCHARGE OF RECEIVER—MOOT
QUESTION.—At the hearing upon the return of a writ of review by which
it was sought to annul an order appointing a receiver, where it was
made to appear that since the filing of the petition for the writ the re-
ceiver had been discharged and his accounts settled by order of the
superior court, under which he was appointed, held, that there was no
existing order of the superior court which could be affected by any
judgment upon the writ of review, that the correctness of the order
had become merely a moot question, and that the writ should be dis-
charged.

WRIT of review from the Supreme Court to review and annul
an order of the Superior Court of Tulare County appointing a
receiver.   William W. Cross, Judge.

The facts are stated in the opinion of the court.

Lamberson & Middlecoff, for Petitioner.

E. T. Dunning, and W. B. Wallace, for Respondent.

THE COURT.—In an action pending in the superior court of
the county of Tulare between the National Trust Company and
the Visalia City Water Company, petitioner herein, the superior
court appointed a receiver with certain designated powers, and
thereafter upon the motion of the water company, a writ of
review of said order was issued out of this court. At the hear-
ing upon the return to this writ it was made to appear that
since the filing of the petition herein the receiver has been dis-
charged and his accounts settled by order of the superior court
under which he was appointed. There is, therefore, no existing
order of the superior court which can be affected by any judg-
ment of this court upon the writ of review, and the correctness
of the order has become merely a moot question. (See *Foster
v. Smith*, 115 Cal. 611.)

The writ is, therefore, discharged.